# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Robert W. Johnson <br> *Plaintiff* <br> v. <br> Donald Trump, et al <br> *Defendants* | Civil Action No. 1:23-cv-00074-LTS-MAR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiff take nothing and this case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Leonard T. Strand after Initial Review

Date: 9/20/2024

CLERK OF COURT

/s/ jag
*Signature of Clerk or Deputy Clerk*