# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3431

_____

Robert W. Johnson

Plaintiff - Appellant

v.

President of the U.S. Donald Trump; Facebook; Meta; Rudy Giuliani; John C. Eastman; Mark
Meadows; Kenneth J. Chesebro; Jeffrey Clark; Jenna Ellis; Ray Smith, III; Robert Cheeley;
Cathleen Latham; Scott Hall; Stephen Lee; Harrison Floyd; Trevian Kutti; Sidney Powell; Misty
Hampton; Michael Roman; David Shafer; Shawn Still; Vladimir Putin; Twitter, Inc.; Meta LLC

Defendants - Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:23-cv-00074-LTS)

_____

## JUDGMENT

Before SMITH, GRUENDER, and STRAS, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and

orders that this appeal be dismissed for lack of jurisdiction as untimely.

January 07, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik